UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-12325

LES PROJECT HOLDINGS, LLC,

    Plaintiff,

-v-

GREENLEAF FILTRATION, LLC, ET.AL,

    Defendant(s).
                                                       /

## ORDER RESCINDING ORDER OF REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Majzoub dated July 6, 2009, is RESCINDED.

                            s/Patrick J. Duggan
                            Patrick J. Duggan
                            United States District Judge

Dated: December 6, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 6, 2010, by electronic and/or ordinary mail.

                            s/Marilyn Orem
                            Case Manager