UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LES PROJECT HOLDINGS, LLC, *a Delaware limited liability company,* successor to Michigan Cogeneration Systems, Inc., *a Michigan corporation*, d/b/a Landfill Energy Systems,

    Plaintiff,

vs.

FILTRATION SYSTEMS, INC.,
*a Wisconsin corporation,* and
GREENLEAF FILTRATION, LLC,
*a Virginia limited liability company*

    Defendants.
_____/

Case No. 2:09-cv-12325

Hon. Patrick J. Duggan
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| LEE S. SCHOFIELD (P62748)<br>Alexander, Zelmanski & Lee, PLLC<br>Attorneys for Plaintiff<br>44670 Ann Arbor Road, Ste. 170<br>Plymouth, Michigan 48170<br>(734) 459-0062; Fax:  (734) 459-5313<br>lss@azllaw.com | ROGER L. WOLCOTT (P35509)<br>Law Offices of Catherine A. Gofrank<br>Attorney for Def. Filtration Systems, Inc.<br>1441 W. Long Lake Road, Ste. 305<br>Troy, Michigan 48098<br>(248) 312-7939; Fax:  (248) 312-7940<br>rwolcott@travelers.com |

J. STEVEN JOHNSTON (P27636)
Johnston, Sztykiel, Hunt, Goldstein,
 Fitzgibbons & Clifford, P.C.
Attorneys for Greenleaf Filtration, LLC
1301W. Long Lake Road, Ste. 250
Troy, Michigan 48098
(248) 641-1800; Fax: (248) 641-3845
sjohnston@jshlawmi.com
_____/

**STIPULATION FOR DISMISSAL, WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that the cause of action of the Plaintiff, LES Project Holdings, LLC, Successor to Michigan Cogeneration Systems, Inc., d/b/a Landfill Energy Systems, against the Defendants,

Filtration Systems, Inc. and Greenleaf Filtration, LLC, be dismissed with prejudice and without costs, interest or attorney fees.

| | |
|---|---|
| /s/ Lee S. Schofield, with consent<br>LEE S. SCHOFIELD (P62748)<br>Alexander, Zelmanski & Lee, PLLC<br>Attorneys for Plaintiff<br>44670 Ann Arbor Road, Ste. 170<br>Plymouth, Michigan 48170<br>(734) 459-0062; Fax: (734) 459-5313<br>lss@azllaw.com | /s/ J. Steven Johnston<br>J. STEVEN JOHNSTON (P27636)<br>Johnston, Sztykiel, Hunt, Goldstein,<br> Fitzgibbons & Clifford, P.C.<br>Attorneys for Greenleaf Filtration, LLC<br>1301W. Long Lake Road, Ste. 250<br>Troy, Michigan 48098<br>(248) 641-1800; Fax: (248) 641-3845<br>sjohnston@jshlawmi.com |
| /s/ Roger L. Wolcott, with consent<br>ROGER L. WOLCOTT (P35509)<br>Law Offices of Catherine A. Gofrank<br>Attorney for Def. Filtration Systems, Inc.<br>1441 W. Long Lake Road, Ste. 305<br>Troy, Michigan 48098<br>(248) 312-7939; Fax: (248) 312-7940<br>rwolcott@travelers.com | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LES PROJECT HOLDINGS, LLC, *a Delaware limited liability company,* successor to Michigan Cogeneration Systems, Inc., *a Michigan corporation*, d/b/a Landfill Energy Systems,

    Plaintiff,

vs.

FILTRATION SYSTEMS, INC.,
*a Wisconsin corporation,* and
GREENLEAF FILTRATION, LLC,
*a Virginia limited liability company*

    Defendants.
_____/

Case No. 2:09-cv-12325

Hon. Patrick J. Duggan
Magistrate Judge Mona K. Majzoub

## ORDER FOR DISMISSAL, WITH PREJUDICE

Upon review of the foregoing stipulation and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the cause of action of the Plaintiff, LES Project Holdings, LLC, Successor to Michigan Cogeneration Systems, Inc., d/b/a Landfill Energy Systems, against the Defendants, Filtration Systems, Inc. and Greenleaf Filtration, LLC, be dismissed with prejudice and without costs, interest or attorney fees.

                  s/Patrick J. Duggan
                  Patrick J. Duggan
                  United States District Judge

Dated: January 28, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 28, 2011, by electronic and/or ordinary mail.

                  s/Marilyn Orem
                  Case Manager